# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CALVIN EUGENE O'HARA,<br><br>    Defendant. | Case No. 2:12-CR-00147-KJD-PAL<br><br>**ORDER** |

Presently before the Court is Defendant's Petition for an Order (#80). The Government filed a response in opposition (#81) to which Defendant replied (#82). It appears Defendant was seeking transcripts and docket information to be sent to the Ninth Circuit in his appeal No. 15-10202. However, the Court of Appeals has closed that action as opened in error. Furthermore, to the extent that Defendant sought the documents in petitioning the Ninth Circuit for a certificate of appealability in his appeal No. 15-15838, the Ninth Circuit has denied Defendant's request for a certificate of appealability.

Accordingly, IT IS HEREBY ORDERED that Defendant's Petition for an Order (#80) is **DENIED as moot**.

DATED this 1st day of September 2015.

_____
Kent J. Dawson
United States District Judge