# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

UNITED STATES OF AMERICA

                Plaintiff,

v.

CALVIN EUGENE O′HARA

                Defendant.

JUDGMENT

Case Number: 2-12-cr-0147-KJD-BNW

(Related case: 2-14-cv-2057-KJD)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered denying motion to Vacate, Set Aside, or Correct Sentence and denying a certificate of appealability.

December 4, 2019
Date

DEBRA K. KEMPI
Clerk

/s/ J. Matott
Deputy Clerk